# UNITED STATES DISTRICT COURT

## IN THE DISTRICT OF MINNESOTA
(sitting as a Court of Record, 28 USC 132)

| | |
|---|---|
| U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE,<br>Plaintiff, | Minnesota District Court Case No.<br># <u>02-cv-10-6675</u> |
| Michael Preusser, John Doe, Mary Doe.<br>Defendants | |
| Michael Joseph Kearns, aka John Doe<br>CounterPlaintiff<br>v.<br>U.S. BANK NATIONAL ASSOCIATION AS TRUSTEE<br>99 John and Jane Does<br>Defendants and Counter Defendants | MISCELLANEOUS CASE<br><br>**MANDAMUS TO CLERK OF THE COURT**<br>**COURT OF RECORD – 28 USC 132** |

## <u>WRIT OF MANDAMUS TO CLERK, WITHOUT LEAVE OF COURT, WITH LIMITED GRANT OF IN PERSONAM JURISDICTION</u>

Suitor, Michael Joseph Kearns, Illinoisan, one of the people of the United States, and CounterPlaintiff herein, hereby issues this Writ of Mandamus to the Clerk of the United States District Court for the District of Minnesota under the following conditions, even if erroneous:

1. Suitor grants his in personam (personal) jurisdiction to the Clerk of the United States Court in a very limited manner to accomplish only the following actions in this Miscellaneous Case:

   a. To assign a Miscellaneous Case Number to a NOTICE OF REMOVAL, WITH RESTRICTIVE GRANT OF IN PERSONAM (PERSONAL) JURISDICTION AND COUNTER CLAIM ALL WITHOUT LEAVE OF COURT delivered to the Clerk,

   b. Start a Case File for the said NOTICE OF REMOVAL, WITH RESTRICTIVE GRANT OF IN PERSONAM (PERSONAL) JURISDICTION AND COUNTER CLAIM ALL WITHOUT LEAVE OF COURT, and

   c. Properly enter the name of the documents on the Court Docket, including but not limited to, the NOTICE OF REMOVAL, WITH RESTRICTIVE GRANT OF IN PERSONAM (PERSONAL) JURISDICTION AND COUNTER CLAIM ALL WITHOUT LEAVE OF COURT.

   d. Deliver a copy of the said NOTICE OF REMOVAL, WITH RESTRICTIVE GRANT OF IN PERSONAM (PERSONAL) JURISDICTION AND COUNTER CLAIM ALL WITHOUT LEAVE OF COURT, this WRIT OF MANDAMUS WITHOUT LEAVE OF COURT TO CLERK WITH LIMITED GRANT OF IN PERSONAM JURISDICTION, and SUITOR'S COURT RULES WITHOUT LEAVE OF COURT.

  e. Communicate with the Suitor's one supreme Court if there are any issues that need to be addressed or need to be included in Suitor's Court Rules.

1. Suitor hereby reserves the right to withdraw his in personam (personal) jurisdiction for any reason or to grant further in personam jurisdiction, in writing only, with specificity.

COMMANDED BY THE SOLEMN SUPERIOR SOVEREIGN,

*[signature: Michael Joseph Kearns]*

Michael Joseph Kearns, Illinoisan, one of the People of the United States, Suitor
c/o 9739 Hidden Falls
San Antonio, Texas  78250
210-523-7154
210-523-0963 (fax)