## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Michael Joseph Kearns,

        Plaintiff,

v.

U.S. Bank National Association, et al.

        Defendants.

Miscellaneous No. 10-76 (JNE/JJG)

**ORDER ON REPORT AND RECOMMENDATION**

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to that Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

**IT IS HEREBY ORDERED** that the case is **DISMISSED** for lack of prosecution.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated: 6-29-2011

s/ Joan N. Ericksen
JOAN N. ERICKSEN
United States District Judge